Margaret Hasselman – CA State Bar No. 228529
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
mhasselman@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CANNON,<br><br>             Plaintiff,<br><br>      v.<br><br>THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN,<br><br>             Defendant. | Case No. C10-00607 MEJ<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Dated: February 23, 2010                     Respectfully submitted,

                                                              LEWIS, FEINBERG, LEE,
                                                              RENAKER & JACKSON P.C.

                                             By:      /s/Lindsay Nako
                                                              Lindsay Nako
                                                              Attorneys for Plaintiff

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO. C10-00607 MEJ

| Attorney or Party without Attorney:<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON<br>1330 BROADWAY<br>SUITE 1800<br>OAKLAND, CA 94612<br>Telephone No: (510) 839-6824<br><br>Attorney for: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:

Plaintiff: DAVID CANNON
Defendant: THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED

| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C10-00607 MEJ-ADR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Cover Sheet; U.S. District Court Northern California Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Standing Order For All Judge Of The Northern District Of California Contents Of Joint Case Management Statement; United States District Court For The Northern District Of California; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Consent To Assignment Or Request For Reassignment; Case Management Standing Order Magistrate Judge Maria-Elena; Order Setting Initial Case Management Conference And Adr Deadline Package.

3. a. Party served: THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN
   b. Person served: MIKE HALLEY, Person Authorized To Accept Service Of Process.

4. Address where the party was served: 45500 FREMONT BLVD.
   FREMONT, CA 94538

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 11, 2010 (2) at: 3:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MATTHEW WILSON
   b. **ALL-STAR ATTORNEY SERVICE**
      345 S. FIGUEROA ST., Registration # 1732
      SUITE 305
      LOS ANGELES, CA 90071
   c. (310) 559-2525, FAX 310-559-6298

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 1732
      (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Feb. 17, 2010

(MATTHEW WILSON)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons & Complaint

lewfei.53831