1  Margaret Hasselman - Cal. Bar No. 228529
   Lindsay Nako – Cal Bar. No. 239090
2  LEWIS, FEINBERG, LEE,
   RENAKER & JACKSON, P.C.
3  1330 Broadway, Suite 1800
   Oakland, CA 94612-2519
4  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
5  mhasselman@lewisfeinberg.com
   lnako@lewisfeinberg.com
6
   *Attorneys for Plaintiff*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID CANNON,                          | Case No. C10-00607 (MEJ)
12 |       Plaintiff,                       |
13 |       v.                               | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;** ~~**[PROPOSED]**~~ **ORDER**
14 | THE NEW UNITED MOTOR                   |
   | MANUFACTURING, INC./UAW                |
15 | HOURLY DEFINED BENEFIT PLAN,           |
16 |       Defendant.                       |

17

18         **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
                          AND RELATED DEADLINES**
19

20      WHEREAS, Plaintiff David Cannon filed his Complaint on February 10, 2010;

21      WHEREAS, the Case Management Conference is set for May 20, 2010, at 10:00 a.m.;

22      WHEREAS, the Case Management Statement is due by May 13, 2010;

23      WHEREAS, Plaintiff and Defendant New United Motor Manufacturing, Inc./UAW

24 Hourly Defined Benefit Plan are actively negotiating resolution of this case;

25 //

26 //

27 //

28 //

THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree and request that the Court so order, the following:

The Case Management Conference shall be continued to June 17, 2010, at 10:00 a.m, and the Case Management Statement shall be due on June 10, 2010.

Respectfully Submitted,

Dated: May 11, 2010

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.


By: */s/ Lindsay Nako*
     Lindsay Nako

*Attorneys for Plaintiff*


Dated: May 11, 2010

BRAGG & KULUVA


By: */s/ Kenneth L. Dziesinski*
     Kenneth L. Dziesinski

*Attorneys for Defendant*


**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Date: May 12, 2010    By: _____
         HON. MARIA-ELENA JAMES
         United States Magistrate Judge