Margaret Hasselman - Cal. Bar No. 228529
Lindsay Nako – Cal Bar. No. 239090
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612-2519
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
mhasselman@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANNON,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN,<br><br>Defendant. | Case No. C10-00607 (MEJ)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;** [PROPOSED] **ORDER** |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES**

WHEREAS, Plaintiff David Cannon filed his Complaint on February 10, 2010;

WHEREAS, the Case Management Conference is set for June 17, 2010, at 10:00 a.m.;

WHEREAS, the Case Management Statement is due by June 10, 2010;

WHEREAS, Plaintiff and Defendant New United Motor Manufacturing, Inc./UAW Hourly Defined Benefit Plan continue to actively negotiating resolution of this case and are nearing agreement;

THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree and request that the Court so order, the following:

///

1 | The Case Management Conference shall be continued to July 8, 2010, at 10:00 a.m. and the Case Management Statement shall be due on July 1, 2010.

Respectfully Submitted,

DATED: June __, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

*Lindsay Nako*
By: _____
Lindsay Nako

DATED: June __, 2010

BRAGG & KULUVA

*Kenneth L. Dziesinski*
By: _____
KENNETH L. DZIESINSKI

## [PROPOSED] ORDER

The Case Management Conference shall be continued to July 8, 2010, at 10:00 a.m. and the Case Management Statement shall be due on July 1, 2010.

**IT IS SO ORDERED.**

Date: June 15, 2010           By: _____
HON. MARIA-ELENA JAMES
United States Magistrate Judge