KENNETH L. DZIESINSKI, Bar No. 092158
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant
New United Motor Manufacturing, Inc.

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND OFFICE

| | |
|---|---|
| DAVID CANNON, | CASE NO. C10-00607- ADR-MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the above-captioned action was settled by Plaintiff David Cannon and Defendant New United Motor Manufacturing, Inc. It is respectfully requested that the Case Management Conference set for July 8, 2010 be vacated. A Stipulation of Dismissal will be filed by the parties within 45 days.

Respectfully Submitted,

DATED: June 30, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON

By: _____
LINDSAY NAKO

DATED: June __, 2010

BRAGG & KULUVA

By: _____
KENNETH L. DZIESINSKI

1
NOTICE OF SETTLEMENT