KENNETH L. DZIESINSKI, Bar No. 092158
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant
New United Motor Manufacturing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND OFFICE

| | |
|---|---|
| DAVID CANNON, | CASE NO. C10-00607- ADR-MEJ |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RE: DISMISSAL |
| THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN, | |
| Defendant. | |

## STIPULATION RE: DISMISSAL

IT IS HEREBY STIPULATED by and between the undersigned parties, by and through their attorneys of record, that the above-captioned matter has settled in its entirety and requests that this court dismiss this action in its entirety.

DATED: August 19, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____
Lindsay Nako

DATED: August 19, 2010

BRAGG & KULUVA

By: _____
KENNETH L. DZIESINSKI

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties as set forth above, that the above-captioned matter be dismissed in its entirety.

**IT IS SO ORDERED.**

Date: August 23, 2010    By: _____
HON. MARIA ELENA JAMES
United States Magistrate Judge